Cintas Corporation v Arvizu et al                                                                                    Doc. 8

1

2

3

4

5

6

7

8

9                        IN THE UNITED STATES DISTRICT COURT

10                   FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12   CINTAS CORPORATION, a Washington
     Corporation,
13
                  Petitioner,                No. Civ. S-06-611 DFL GGH
14
            v.                               RECUSAL ORDER
15
     RONALD ARVIZU, et al.,
16
                  Respondents.
17   _____/

18       Upon examination of the above-captioned action, the under-

19   signed judge disqualifies himself.

20       Good cause appearing therefor,

21       IT IS HEREBY ORDERED that the undersigned recuses himself as

22   the judge for the above-captioned case.

23   //

24   //

25   //

26

                                    1

1    IT IS FURTHER ORDERED that the Clerk of the Court reassign

2  this case to another judge for all further proceedings and that

3  the Clerk of the Court make appropriate adjustment in the

4  assignment of civil cases to compensate for this reassignment.

5    IT IS SO ORDERED.        FRANK C. DAMRELL, JR.

6  DATED: 3/30/2006

7

8

9                            DAVID F. LEVI
                             Chief United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2